**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WALLACE TRANUM,

      Plaintiff,

      v.                         Case No.:  6:26-cv-01493-PGB-LHP

STATE TROOPER,  UNITED
STATES OF AMERICA,

      Defendants,

_____

### ORDER

Before the Court is an untitled document filed by Plaintiff Wallace Tranum, who appears *pro se*.  Doc. No. 2.  The filing contains text from a "LR 73.1," is dated September 8, 1998, and otherwise contains a handwritten notation from Plaintiff stating:  "Also anytime that I need to come to the courthouse I will need my phone & watch for my medical diagnosis Afib (atria fibrillation) and for my defense."  *Id.* The filing was construed as a motion and referred to the undersigned.

Upon consideration, the motion (Doc. No. 2) is deficient in several respects. First, the motion is unsigned.  Fed. R. Civ. P. 11(a).  Second, to the extent that Plaintiff seeks affirmative relief from the Court, the motion fails to include a memorandum of legal authority in support as required by Local Rule 3.01(b).  Third,

-1-

to the extent that Plaintiff is asking to bring electronic devices into the courthouse, there are no court proceedings scheduled in the case at this time.

Accordingly, the motion (Doc. No. 2) is **DENIED without prejudice**. Plaintiff may renew the motion, as appropriate, as to any specific future proceedings that are scheduled in this case. All future filings must comply in full with all applicable Federal Rules of Civil Procedure and this Court's Local Rules. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

Plaintiff is directed to the Court's website, http://www.flmd.uscourts.gov. On the Court's homepage, Plaintiff can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then clicking on "Litigants without Lawyers." The Local Rules are also available on the website, at https://www.flmd.uscourts.gov/local-rules/filing-a-case.

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2026.

Leslie Hoffman Price
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

-2-

Counsel of Record
Unrepresented Parties